## TRUSTEE'S NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case # : 22-50062

Debtors: Michael OBrien Freeman
2650 London Road
Mooresville, NC  28115

FILED
U.S. Bankruptcy Court
Western District of NC

SEP 1 3 2023

Steven T. Salata, Clerk
Charlotte Division
EA

Account Number:

Creditor Information:  Michael OBrien Freeman ? 2650 London Road ? ? ? Mooresville ? NC ? 28115-0000

Amount of Turnover: $0.01          73-Dtr Ref-Case Clsd

**Total Turnover Amount:** $0.01

Dated: 09/06/2023

Steven G. Tate
Chapter 13 Trustee